**R. H. GAHAGAN v. STATE.**

No. 15358.

Court of Criminal Appeals of Texas.

May 25, 1932.

C. C. Morris, of Tyler, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

HAWKINS, J.

Conviction is for robbery; punishment being five years in the penitentiary.

The record in this court contains no statement of facts. Only one bill of exception is found in the record, which complains of the argument of the district attorney, presumably on the ground that such argument was not supported by the evidence. Manifestly it is impossible to appraise such argument without having the facts before us.

The judgment is affirmed.